IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALONZO W. MORRIS, SR., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-658-JJF |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | : |
| Defendant. | : |

### O R D E R

WHEREAS, a Transcript of the Administrative Proceedings was filed in the above-captioned case, but a briefing schedule has not been entered;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff shall serve and file any Motion For Summary Judgment and accompanying Opening Brief pursuant to Fed. R. Civ. P. 56 within forty-five days of the date of this Order;

2. Defendant shall serve and file any Cross-Motion For Summary Judgment and Combined Opening and Answering Brief within thirty (30) days of service of Plaintiff's brief.

3. Plaintiff may serve and file a Reply Brief within fifteen (15) days of service of Defendant's brief.

4. The matter shall be deemed submitted, without hearing, thirty (30) days after the filing of Defendant's brief, unless otherwise ordered by the Court.

May 9, 2008
DATE

UNITED STATES DISTRICT JUDGE