IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALONZO MORRIS, | ) |
|         Plaintiff, | ) |
|     v. | ) CIVIL ACTION NO. 07-658-JJF |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | ) |
|         Defendant. | ) |

ORDER

AND NOW, this 17 day of July, 2008, upon consideration of Defendant's Motion for an Enlargement of Time, it is hereby **ORDERED** that the time in which Defendant may file his Response to Plaintiff's Motion for Summary Judgment is enlarged to August 18, 2008.

BY THE COURT:

_____